IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL TODD BREKEEN                                                              PLAINTIFF

V.                           CASE NO. 4:19-CV-410-JM-BD

SOCIAL SECURITY ADMINSTRATION                                          DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Michael Brekeen and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

IT IS SO ORDERED this 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE